IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

JAMES HIGHTOWER,

  Plaintiff,                                CASE NO.: 4:18-cv-00242-HLM

v.

WELLS FARGO BANK, N.A.,

  Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

**COMES NOW** the Plaintiff, James Hightower, and the Defendant, Wells Fargo Bank, N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, without prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 1st day of August, 2019.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Arthur A. Ebbs* |
| Octavio Gomez, Esquire | Arthur A. Ebbs, Esquire |
| Georgia Bar No.: 617963 | Georgia Bar No.: 416181 |
| Morgan & Morgan Tampa, P.A. | Womble Bond Dickinson (US) LLP |
| 201 N. Franklin Street, Suite 700 | 271 17th Street NW |
| Tampa, Florida 33602 | Atlanta, Georgia 30363 |
| Telephone: (813) 223-5505 | Telephone: (404) 872-7000 |
| Facsimile: (813) 222-4797 | Facsimile: (404) 888-7490 |

Primary Email: TGomez@ForThePeople.com
Secondary Email: LDobbins@ForThePeople.com
*Attorney for Plaintiff*

Primary Email: Arthur.Ebbs@wbd-us.com
*Attorney for Defendant*